BRIAN D. HARRISON, State Bar No. 157123
brian.harrison@clydeco.us
CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800
Facsimile: (415) 365-9801

WOOLS PEER DOLLINGER & SCHER, P.C.
GREGORY B. SCHER, State Bar No. 137228
igscher@wpdslaw.com
624 South Grand Ave, 22nd Floor
Los Angeles, CA 90017
Telephone: (213) 629-8793

Attorneys for PHILADELPHIA
INDEMNITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>IEC CORPORATION, a Delaware corporation<br><br>Defendant. | CASE NO. 8:16-CV-295-DOC (DFM)<br><br>**DECLARATION OF EDWARD J. MCKINNON IN SUPPORT OF PHILADELPHIA INDEMNITY INSURANCE COMPANY'S FURTHER RENEWED MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
| IEC CORPORATION, a Delaware corporation,<br><br>Counterclaimant,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation<br><br>Counter-Defendant | Date: May 29, 2018<br>Time: 8:30 a.m.<br>Crtrm.: 9D<br><br>**REDACTED VERSION OF DOCUMENT SUBMITTED UNDER SEAL** |

I, Edward J. McKinnon, hereby declare:

1. I have personal knowledge of the matters set forth herein. If called as a witness, I could and would testify competently thereto under oath.

2. I was retained by plaintiff/counter-defendant Philadelphia Indemnity Insurance Company ("PIIC") through its counsel to offer expert opinions in this matter with IEC Corporation ("IEC") relating to insurance claims handling.

3. Attached hereto as **Exhibit 1** is a true and correct copy of my expert report submitted on March 30, 2018 which outlines my opinions and is incorporated by reference herein. This report includes but is not limited to my opinions:  (*See, e.g.*, Ex. 1 pp. 7-10, 12-14, 16)

I declare under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct.

Executed this 9th day of April, 2018 in Acton, California.

*[signature]*
Edward J. McKinnon

# Exhibit 1

# EXHIBIT 1

# HAS BEEN CONDITIONALLY FILED UNDER SEAL

SF/2755613v1